No. 3443.—AYALA, aplte., *v.* SUCESORES DE JOSÉ MARÍA ORTIZ ET AL., apdos.—C. D. Humacao. Nov. 18, 1925. Retracto legal. Visto el artículo 913 del Código Civil, tal como quedó enmendado en 1911 (Comp. sec. 4009), y la jurisprudencia de esta corte sobre la materia, no teniendo el demandante aún en el caso de que hubiera probado que era hijo natural reconocido de María Marcela Ayala, muerta el 13 de noviembre

de 1917, derecho a heredar a María Monserrate Ayala, hermana legítima de María Marcela que falleció el 8 de febrero de 1921, se declaró sin lugar el recurso y se confirmó la sentencia apelada.